Argued and submitted June 10, affirmed September 21, 1983

In the Matter of
Martin Andrew Akins, a Child.

## STATE ex rel JUVENILE DEPARTMENT OF COOS COUNTY,
*Respondent,*

*v.*

## AKINS,
*Appellant.*

(J-612-File #40; CA A26606)

669 P2d 339

Ronald K. Cox, Assistant Public Defender, North Bend, argued the cause and filed the brief for appellant.

William F. Nessly, Jr., Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and William F. Gary, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Van Hoomissen and Newman, Judges.

PER CURIAM.

**PER CURIAM.**

The juvenile was found to be within the jurisdiction of the court on the basis of activities which would constitute a crime if committed by an adult. The dispositional order required him to make restitution to the victims. He contends, on appeal, that ORS 419.507(1)(a) is unconstitutional and that the court did not make adequate findings regarding his ability to pay restitution. The juvenile made no objection to the dispositional order and did not raise the issue he now raises on appeal. We decline to consider the merits of these contentions, because they were not preserved by appropriate objections in the trial court. *State v. Dillon,* 292 Or 172, 637 P2d 602 (1981); *State v. Deloge,* 55 Or App 742, 639 P2d 1293 (1982); *State v. Lake,* 49 Or App 505, 619 P2d 1332 (1980), *rev den* 290 Or 519 (1981).

Affirmed.